IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ALEX RODRIGUEZ, individually and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>IL MULINO, et al.,<br><br>        Defendants. | Civil No. 15-1863 (NLH/AMD) |

**ORDER**

This matter comes before the Court <u>sua sponte</u> in light of <u>pro se</u> Plaintiff Alex Rodriguez's failure to appear for a court-ordered conference on April 18, 2016; failure to enter his appearance or obtain an attorney and have new counsel enter an appearance on his behalf; failure to appear for a court-ordered conference on June 21, 2016; and failure to prosecute his case. (<u>See</u> Order to Show Cause [D.I. 32], July 12, 2016); and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the

Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

IT IS on this 3rd day of October 2016 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint shall be, and hereby is, **DISMISSED WITH PREJUDICE**.

_____
NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE